Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, NV  89169
Tel. (702) 921-2460
Fax (702) 921-2461

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA KLINE, | Case No: 10-cv-01048-KJD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CANNERY CASINO RESORTS, LLC, a Nevada limited liability company; and THE CANNERY HOTEL AND CASINO, LLC, a Nevada limited liability company, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sandra Kline and Defendants Cannery Casino Resorts, LLC and The Cannery Hotel and Casino, LLC, through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 11th day of October, 2010.

| | |
|---|---|
| LAW OFFICES OF ROBERT P. SPRETNAK | JACKSON LEWIS LLP |
| /s/ Robert P. Spretnak | /s/ Elayna J. Youchah |
| Robert P. Spretnak, Bar # 5135 | Elayna J. Youchah, Bar #5837 |
| 8275 S. Eastern Ave., # 200 | 3960 Howard Hughes Parkway, Ste 450 |
| Las Vegas, Nevada  89123 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

1

**ORDER OF DISMISSAL**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

DATED this <u>  12  </u> day of <u>  October  </u>, 2010.

_____
U.S. District Judge